# EXHIBIT B

https://instag.com/    Go

INTERNET ARCHIVE
WayBackMachine
272 captures
6 Jun 2011 - 20 Apr 2026

SEP | DEC | JAN
08
2023 | 2024 | 2025
About this capture



Document title: Download Instagram Video, Reels - Instagram Downloader - Image Gallery Downloader
Capture URL: https://web.archive.org/web/20241208191600/https://instag.com/
Capture timestamp (UTC): Tue, 21 Apr 2026 02:54:43 GMT

How to use



## Instag: The Image Gallery Downloader

Instag.com works in a few simple steps. You can paste any image URL into the search bar, or you can try one of our easy tricks:

Just add our domain with a / before any image URL, instag.com/ to save it, like this:

instag.com/https://www.example.com/path/to/media

We support almost any site gallery site that has images on it and isn't DRM protected. We also have tricks for Instagram specifically. See below for our tutorials.

## How to Download Instagram Video, Reels, Photo, IGTV, and carousels

You can paste any image URL into the search bar, or you can try one of our easy tricks:

### Use our Instagram URL trick

Simply remove "RAM" from the URL and press enter:

https://www.instagram.com/p/shortcode

https://m.instagram.com/p/shortcode

https://www.instagram.com/reels/shortcode

## How to use Instag

Download Instagram or image gallery site content in 3 easy steps.

### Copy the URL

Go to Instagram or an image gallery site, find the post, and copy its link.

### Paste the Link

Paste the link into the input field at the top of this page.

### Download

Click the download button and get your content instantly.

## Frequently Asked Questions

Document title: Download Instagram Video, Reels - Instagram Downloader - Image Gallery Downloader
Capture URL: https://web.archive.org/web/20241208191600/https://instag.com/
Capture timestamp (UTC): Tue, 21 Apr 2026 02:54:43 GMT

https://instag.com/ Go

SEP DEC JAN
08
2023 2024 2025

272 captures
6 Jun 2011 - 20 Apr 2026

About this capture

INTERNET ARCHIVE
WayBack Machine



Simply remove "RAM" from the URL and press enter:

https://www.instagram.com/p/shortcode

https://m.instagram.com/p/shortcode

https://www.instagram.com/reels/shortcode

## How to use Instag

Download Instagram or image gallery site content in 3 easy steps.

### Copy the URL
Go to Instagram or an image gallery site, find the post, and copy its link.

### Paste the Link
Paste the link into the input field at the top of this page.

### Download
Click the download button and get your content instantly.

## Frequently Asked Questions

Have questions? We've got answers!

**Is it legal to download content from Instagram?** ⌄

Downloading public content for personal use is typically fine. However, we encourage respecting copyright and Instagram's terms of use.

**Can I download private posts or stories?** ⌄

**Are there any limits on downloads?** ⌄

## Supported Sites

35PHOTO · Adobe Portfolio · Archive of Our Own · Architizer · ArtStation · BBC · Behance · Bilibili · Bluesky · Catbox · Civitai · cohost! · Comic Vine · Desktopography · Dynasty Reader · Facebook · Flickr · Gofile · ImageBB · imgbox · imgur · Instagram · Issuu · itch.io · Keenspot · Khinsider · Lensdump · Lexica · Lightroom · livedoor Blog · Manga Fox · Manga Here · MangaDex · MangaKakalot · MangaLife · Manganato · MangaPark · MangaRead · MangaSee · Naver · NaverWebtoon · Newgrounds · Niconico Seiga · Patreon · PhotoVogue · Picarto · Piczel · Pillowfort · Pinterest · pixeldrain · Pixiv · Pixnet · Plurk · Poipiku · Postimg · Read Comic Online · Reddit · Saint · SchaleNetwork · Skeb · SlickPic · SlideShare · SmugMug · Soundgasm · Speaker Deck · SteamGridDB · SubscribeStar · Tapas · TCB Scans · Telegraph · Toyhouse · Tumblr · TumblrGallery · Turboimagehost · Twitter · Unsplash · Uploadir · VK · VSCO · Wallhaven · Wallpaper Cave · Weasyl · webmshare · Webtoon · Weibo · WikiArt.org · X · Zerochan · Basically any Gallery URL

Note, we store nothing, everything is piped to you, even the images are piped as base64 to your browser. We good like that

© 2024 Instag LLC | nadermx

Document title: Download Instagram Video, Reels - Instagram Downloader - Image Gallery Downloader
Capture URL: https://web.archive.org/web/20241208191600/https://instag.com/
Capture timestamp (UTC): Tue, 21 Apr 2026 02:54:43 GMT