# EXHIBIT C

Instag › Instagram › Instagram Video Downloader - Easily Save Videos Online for Free

Launch your app in minutes — Cloud VPS from VPS.org starting at $4.99/mo

# Instagram Video Downloader - Easily Save Videos Online for Free

Grab your Instagram videos in just seconds *

| Drop your Instagram link right here and we will handle the rest | Paste | Save Now |

* With Instag, downloading videos from Instagram is quick, easy, and actually fun.

## Here's how to save videos from Instagram

Grabbing videos from **Instagram** with Instag is a breeze. Just pop your URL in above, or place our URL before any content link:

**instag.com/**https://www.example.com/path/to/media

Or If it is a Instagram URL, you can modify any Instagram URL as shown below. Delete **RAM** from the URL and press enter.

https://www.inst**ram**.com/p/...

https://www.instag.com/p/...

Save your Instagram videos in 3 quick steps

### 1. Grab your Instagram video link

Find the video you want on Instagram and copy its URL.

### 2. Pop it in the box

Drop your Instagram link right into the input box above.

### 3. Download and enjoy

Tap save and the video lands right on your device. That's all there is to it!

## Your Questions Answered: Saving Instagram Videos, Photos & Audio with Instag

What video formats can I get from Instagram?    ⌃

Instag automatically figures out what's available on Instagram. When video is there, you'll see the option right away — plus extras like audio, MP3, MP4, or images.

Will my video look as good as the original?    ⌄

Do I need to install any app or browser extension?    ⌄

Is downloading videos from Instagram safe with Instag?    ⌄

5. Can I download videos on my phone?    ⌄

Document title: Instagram Video Downloader - Easily Save Videos Online for Free – Instag
Capture URL: https://instag.com/instagram-video-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:01:49 GMT

Instag.com              Supported sites     API   Pricing   Login   Sign Up

Is downloading videos from Instagram safe with Instag? ⌄

5. Can I download videos on my phone? ⌄

6. Is there a limit on video downloads? ⌄

7. How long does it take to download? ⌄

8. Can I download multiple videos at once? ⌄

9. What if the download fails? ⌄

10. Do downloaded videos have watermarks? ⌄

11. Can I convert videos to other formats? ⌄

12. Is my download history saved? ⌄

13. Can I share downloaded Instagram content with others? ⌄

## Start Downloading Videos Online

Instagram Video Saver    Instagram Audio Saver    Instagram MP4 Saver    Instagram MP3 Saver

Instagram Photo Saver    Instagram Reels Downloader    Instagram Profile Viewer

## Supported sites

| Instagram | Reddit | Linkedin |
| Facebook | Bilibili | Pinterest |
| Twitter | Vimeo | |
| Tiktok | Soundcloud | |

See all supported sites

Instag respects your privacy completely. No files are ever stored on our end — every download streams directly to your browser through a secure, real-time connection.

★★★★★ 5.0
1 review

Get download tips & updates

[Enter your email]    Sign Up Free

API   Privacy Policy   Terms of Service   Contact Us   🦋 Follow us on BlueSky

© 2026 Instag LLC | Made by nadermx



Instag  ›  Instagram  ›  Instagram Audio Downloader - Quickly Save Audio & Sound for Free

**Start a blog in 5 minutes** — WordPress Hosting at **VPS.org** from $2.99/mo

# Instagram Audio Downloader - Quickly Save Audio & Sound for Free

Quickly grab your favorite Instagram audio files *

Drop your Instagram link right here and we will handle the rest        Paste        Save Now

\* With Instag, saving audio from Instagram is quick, smooth, and totally stress-free.

## Here's how to save audio from Instagram

Grabbing audio from **Instagram** with Instag is totally hassle-free — just pop your link in above or add our URL before any content link:

**instag.com/**https://www.example.com/path/to/media

Or If it is a Instagram URL, you can modify any Instagram URL as shown below. Delete **RAM** from the URL and press enter.

https://www.inst**ram**.com/p/...

https://www.instag.com/p/...

Save your Instagram audio in 3 friendly steps

### 1. Grab your Instagram audio link

Find the audio you're after on Instagram and copy the link.

### 2. Pop it in the box

Drop your Instagram link right into the input field above.

### 3. Download and enjoy

Tap save and the audio file lands right on your device. Easy as that!

## Your Questions Answered: Saving Instagram Videos, Photos & Audio with Instag

What audio formats can I save from Instagram?                    ⌃

Instag automatically checks what formats are available on Instagram. When audio is there, you'll see it right away — often alongside video, MP3, MP4, or image options too.

Will the audio sound as good as the original?                    ⌄

Do I need any app or extension for this?                    ⌄

Is downloading audio from Instagram safe with Instag?                    ⌄

5. Does it work on smartphones?                    ⌄

Document title: Instagram Audio Downloader - Quickly Save Audio &amp; Sound for Free – Instag
Capture URL: https://instag.com/instagram-audio-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:02:29 GMT



Is downloading audio from Instagram safe with Instag?

5. Does it work on smartphones?

6. Are there download limits?

7. What audio formats are supported?

8. Can I extract audio from multiple URLs?

9. What if audio extraction fails?

10. Is the extracted audio high quality?

11. Can I use extracted audio in my projects?

12. Is my activity private?

13. Can I share downloaded Instagram content with others?

## Start Downloading Videos Online

Instagram Video Saver   Instagram Audio Saver   Instagram MP4 Saver   Instagram MP3 Saver

Instagram Photo Saver   Instagram Reels Downloader   Instagram Profile Viewer

## Supported sites

| Instagram | Reddit | Linkedin |
| Facebook | Bilibili | Pinterest |
| Twitter | Vimeo | |
| Tiktok | Soundcloud | |

See all supported sites

Instag respects your privacy completely. No files are ever stored on our end — every download streams directly to your browser through a secure, real-time connection.

★★★★★ 5.0
1 review

Get download tips & updates

Enter your email    Sign Up Free

API  Privacy Policy  Terms of Service  Contact Us  ✖ Follow us on BlueSky

© 2026 Instag LLC | Made by nadermx

Document title: Instagram Audio Downloader - Quickly Save Audio &amp; Sound for Free – Instag
Capture URL: https://instag.com/instagram-audio-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:02:29 GMT



Instag › Instagram › Instagram MP4 Downloader - Easily Save MP4 Videos Online for Free

**Launch your app in minutes** — Cloud VPS from **VPS.org** starting at $4.99/mo

# Instagram MP4 Downloader - Easily Save MP4 Videos Online for Free

Quickly grab MP4 files from Instagram *

Drop your Instagram link right here and we will handle the rest

Paste    Save Now

\* With Instag, saving MP4 files from Instagram is quick, easy, and totally hassle-free.

## Here's how to save MP4 files from Instagram

Grabbing MP4 files from **Instagram** with Instag is a breeze — just pop your link in above or add our URL before the content link:

**instag.com/**`https://www.example.com/path/to/media`

Or If it is a Instagram URL, you can modify any Instagram URL as shown below. Delete **RAM** from the URL and press enter.

https://www.inst**ram**.com/p/...

https://www.instag.com/p/...

Save your Instagram MP4 files in 3 easy steps

**1. Grab your Instagram video link**

Find the MP4 content you want on Instagram and copy its link.

**2. Pop it in the box**

Drop your Instagram link right into the input box above.

**3. Download and enjoy**

Tap save and the MP4 file lands right on your device. That's it!

## Your Questions Answered: Saving Instagram Videos, Photos & Audio with Instag

What content can I save as MP4 from Instagram? ^

Instag automatically figures out what Instagram has to offer. The MP4 option shows up when it's available, and you might also see video, audio, MP3, or image choices.

Will my MP4 look as good as the original? ⌄

Do I need to install any app or extension? ⌄

Is downloading MP4 from Instagram safe with Instag? ⌄

5. Can I download MP4s on mobile devices? ⌄



Is downloading MP4 from Instagram safe with Instag?                          ˅

5. Can I download MP4s on mobile devices?                                     ˅

6. Is there a download limit?                                                 ˅

7. What video resolution can I get?                                          ˅

8. Can I batch download multiple MP4s?                                       ˅

9. Why did my MP4 download fail?                                             ˅

10. Do MP4 downloads include audio?                                          ˅

11. Can I choose different MP4 qualities?                                    ˅

12. Are my downloads anonymous?                                             ˅

13. Can I share downloaded Instagram content with others?                   ˅

## Start Downloading Videos Online

Instagram Video Saver    Instagram Audio Saver    Instagram MP4 Saver    Instagram MP3 Saver

Instagram Photo Saver    Instagram Reels Downloader    Instagram Profile Viewer

## Supported sites

| Instagram | Reddit | Linkedin |
| Facebook | Bilibili | Pinterest |
| Twitter | Vimeo | |
| Tiktok | Soundcloud | |

See all supported sites

Instag respects your privacy completely. No files are ever stored on our end — every download streams directly to your browser through a secure, real-time connection.

★★★★★ 5.0
1 review

Get download tips & updates

Enter your email            Sign Up Free

API   Privacy Policy   Terms of Service   Contact Us   🦋 Follow us on BlueSky

© 2026 Instag LLC | Made by nadermx



Instag › Instagram › Instagram MP3 Downloader - Quickly Save MP3 Audio for Free

**Launch your app in minutes** — Cloud VPS from **VPS.org** starting at $4.99/mo

# Instagram MP3 Downloader - Quickly Save MP3 Audio for Free

Quickly grab MP3 from Instagram *

> Drop your Instagram link right here and we will handle the rest      Paste      Save Now

\* With Instag, downloading MP3 from Instagram is quick, smooth, and completely stress-free.

## Here's how to save MP3 files from Instagram

Grabbing MP3 files from **Instagram** with Instag is a total breeze — just pop your link in above or add our URL before the content link:

**instag.com/**https://www.example.com/path/to/media

Or If it is a Instagram URL, you can modify any Instagram URL as shown below. Delete **RAM** from the URL and press enter.

https://www.inst**ram**.com/p/...

https://www.instag.com/p/...

Save your Instagram MP3 files in 3 easy steps

### 1. Grab your Instagram content link

Find the content you want on Instagram and copy its link.

### 2. Pop it in the box

Drop your Instagram link right into the search field above.

### 3. Download and enjoy

Tap save and the MP3 file downloads to your device right away. Love it!

## Your Questions Answered: Saving Instagram Videos, Photos & Audio with Instag

What content can I save as MP3 from Instagram?   ⌃

Instag automatically checks what formats Instagram has. When MP3 is available, you'll see it right away — plus other options like video, MP4, or images.

Will my MP3 sound as good as the original?   ⌄

Do I need any app or browser extension?   ⌄

Is downloading MP3 from Instagram safe with Instag?   ⌄

5. Can I download MP3s on my phone?   ⌄

Document title: Instagram MP3 Downloader - Quickly Save MP3 Audio for Free – Instag
Capture URL: https://instag.com/instagram-mp3-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:05:52 GMT



Document title: Instagram MP3 Downloader - Quickly Save MP3 Audio for Free – Instag
Capture URL: https://instag.com/instagram-mp3-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:05:52 GMT

instag.com    Supported sites ⌄    API  Pricing  Login  Sign Up

Instag › Instagram › Instagram Photo Downloader - Easily Save HD Photos for Free

Launch your app in minutes — Cloud VPS from VPS.org starting at $4.99/mo

# Instagram Photo Downloader - Easily Save HD Photos for Free

Grab your favorite Instagram photos in a snap *

Drop your Instagram link right here and we will handle the rest

Paste    Save Now

* With Instag, downloading individual photos from Instagram is quick, easy, and always hassle-free.

## Here's how to save photos from Instagram

Grabbing photos from **Instagram** with Instag is a breeze — just pop your link in above or add our URL before any content link:

instag.com/https://www.example.com/path/to/media

Or If it is a Instagram URL, you can modify any Instagram URL as shown below. Delete **RAM** from the URL and press enter.

https://www.inst**ram**.com/p/...

https://www.instag.com/p/...

Save your Instagram photos in 3 easy steps

### 1. Grab the photo link
Find the photo you love on Instagram and copy its link.

### 2. Pop it in the box
Drop your Instagram photo link right into the input field above.

### 3. Download and enjoy
Tap save and the photo lands right on your device. It's really that simple!

## Your Questions Answered: Saving Instagram Videos, Photos & Audio with Instag

What photos can I save from Instagram?                                      ⌃

Instag automatically checks what photo formats are available from Instagram. When supported, the photo option shows up — often alongside video, audio, MP3, or MP4.

Will my photos look as good as the originals?                               ⌄

Do I need to install any app or extension?                                  ⌄

Is downloading photos from Instagram safe with Instag?                      ⌄

5. Does it work on smartphones?                                             ⌄

Document title: Instagram Photo Downloader - Easily Save HD Photos for Free – Instag
Capture URL: https://instag.com/instagram-photo-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:07:09 GMT

Page 1 of 2



Is downloading photos from Instagram safe with Instag?                                    ⌄

5. Does it work on smartphones?                                                           ⌄

6. Is there a photo download limit?                                                       ⌄

7. What photo resolution can I get?                                                       ⌄

8. Can I download photo albums?                                                           ⌄

9. What if a photo won't download?                                                        ⌄

10. Are photos downloaded in original quality?                                            ⌄

11. What photo formats are available?                                                     ⌄

12. Is my photo downloading private?                                                      ⌄

13. Can I share downloaded Instagram content with others?                                 ⌄

## Start Downloading Videos Online

| Instagram Video Saver | Instagram Audio Saver | Instagram MP4 Saver | Instagram MP3 Saver |

| Instagram Photo Saver | Instagram Reels Downloader | Instagram Profile Viewer |

## Supported sites

| Instagram | Reddit | Linkedin |
| Facebook | Bilibili | Pinterest |
| Twitter | Vimeo | |
| Tiktok | Soundcloud | |

See all supported sites

Instag respects your privacy completely. No files are ever stored on our end — every download streams directly to your browser through a secure, real-time connection.

★★★★★ 5.0
1 review

Get download tips & updates

Enter your email          Sign Up Free

API  Privacy Policy  Terms of Service  Contact Us  🦋 Follow us on BlueSky

© 2026 Instag LLC | Made by nadermx

---

Document title: Instagram Photo Downloader - Easily Save HD Photos for Free – Instag
Capture URL: https://instag.com/instagram-photo-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:07:09 GMT

Instag › Instagram › Instagram Reels Downloader - Quickly Save Reels Online for Free

Start a blog in 5 minutes — WordPress Hosting at VPS.org from $2.99/mo

# Instagram Reels Downloader - Quickly Save Reels Online for Free

Grab your favorite Instagram Reels in a snap *

Drop your Instagram link right here and we will handle the rest    Paste    Save Now

* With Instag, downloading Reels from Instagram is quick, easy, and you get beautiful HD videos without any watermarks.

## Here's how to download Reels from Instagram

Grabbing Reels from **Instagram** with Instag is a breeze. Just pop your Reel URL in above or add our URL before any Reel link:

instag.com/https://www.example.com/path/to/media

Or If it is a Instagram URL, you can modify any Instagram URL as shown below. Delete **RAM** from the URL and press enter.

https://www.inst**ram**.com/p/...

https://www.instag.com/p/...

Save your Instagram Reels in 3 simple steps

### 1. Grab your Instagram Reel link
Find the Reel you love on Instagram and copy its URL.

### 2. Pop it in the box
Drop your Instagram Reel link right into the input field above.

### 3. Download and enjoy
Tap download and the Reel saves right to your device — clean, no watermarks. That's it!

## Your Questions Answered: Saving Instagram Videos, Photos & Audio with Instag

Can I download Instagram Reels without any watermarks?    ⌃

Absolutely! Instag automatically strips out watermarks when downloading Reels from Instagram, so you get clean, beautiful videos.

How good will my downloaded Reels look?    ⌄

Do I need to install any app?    ⌄

Is downloading Reels from Instagram safe with Instag?    ⌄

5. Can I download Reels on my phone?    ⌄

---

Document title: Instagram Reels Downloader - Quickly Save Reels Online for Free – Instag
Capture URL: https://instag.com/instagram-reels-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:07:45 GMT



Do I need to install any app?

Is downloading Reels from Instagram safe with Instag?

5. Can I download Reels on my phone?

6. Are there Reels download limits?

7. Can I download Reels with audio?

8. Can I extract just the audio from Reels?

9. What if a Reel won't download?

10. Can I download Reels from private accounts?

11. Are downloaded Reels watermark-free?

12. Is Reels downloading anonymous?

## Start Downloading Videos Online

Instagram Video Saver    Instagram Audio Saver    Instagram MP4 Saver    Instagram MP3 Saver

Instagram Photo Saver    Instagram Reels Downloader    Instagram Profile Viewer

## Supported sites

| Instagram | Reddit | Linkedin |
| Facebook | Bilibili | Pinterest |
| Twitter | Vimeo | |
| Tiktok | Soundcloud | |

See all supported sites

Instag respects your privacy completely. No files are ever stored on our end — every download streams directly to your browser through a secure, real-time connection.

★★★★★ 5.0
1 review

Get download tips & updates

Enter your email    Sign Up Free

API  Privacy Policy  Terms of Service  Contact Us  Follow us on BlueSky

© 2026 Instag LLC | Made by nadermx

Document title: Instagram Reels Downloader - Quickly Save Reels Online for Free – Instag
Capture URL: https://instag.com/instagram-reels-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:07:45 GMT

Instag  ›  Instagram  ›  Instagram GIF Downloader - Quickly Save GIFs Online for Free

Build a website just by chatting — AI Site Builder at VPS.org

# Instagram GIF Downloader - Quickly Save GIFs Online for Free

Quickly grab your favorite Instagram GIFs *

Drop your Instagram link right here and we will handle the rest          Paste          Save Now

\* With Instag, saving GIFs from Instagram takes just seconds — no apps or extensions needed.

## Here's how to save GIFs from Instagram

Grabbing GIFs from **Instagram** with Instag is super quick and easy. Just pop your URL in above or add our URL before any content link.

instag.com/https://www.example.com/path/to/media

Or If it is a Instagram URL, you can modify any Instagram URL as shown below. Delete **RAM** from the URL and press enter.

https://www.inst**ram**.com/p/...

https://www.instag.com/p/...

Save your Instagram GIFs in 3 simple steps

**1. Grab the GIF link from Instagram**

Find the GIF you want on Instagram and copy its link.

**2. Pop it in the box**

Drop your Instagram GIF link right into the input field above.

**3. Download and enjoy**

Tap save and your GIF downloads to your device in moments. Love it!

## Your Questions Answered: Saving Instagram Videos, Photos & Audio with Instag

What GIFs can I save from Instagram?                                    ⌃

Instag automatically figures out what GIF formats are available from Instagram. The GIF option shows up when supported — and we may also offer video, audio, MP3, or MP4.

Will my GIFs look as good as the originals?                             ⌄

Do I need any app or browser extension?                                 ⌄

Is downloading GIFs from Instagram safe with Instag?                    ⌄

5. Can I download GIFs on mobile?                                       ⌄

---

Document title: Instagram GIF Downloader - Quickly Save GIFs Online for Free – Instag
Capture URL: https://instag.com/instagram-gif-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:08:38 GMT



Is downloading GIFs from Instagram safe with Instag?                    ⌄

5. Can I download GIFs on mobile?                                       ⌄

6. Are there download limits for GIFs?                                  ⌄

7. Do GIFs keep their animation?                                        ⌄

8. Can I download multiple GIFs at once?                                ⌄

9. What if the GIF won't download?                                      ⌄

10. What's the maximum GIF size?                                        ⌄

11. Can I convert GIFs to video?                                        ⌄

12. Is downloading GIFs anonymous?                                      ⌄

13. Can I share downloaded Instagram content with others?              ⌄

## Start Downloading Videos Online

Instagram Video Saver    Instagram Audio Saver    Instagram MP4 Saver    Instagram MP3 Saver

Instagram Photo Saver    Instagram Reels Downloader    Instagram Profile Viewer

## Supported sites

| Instagram | Reddit | Linkedin |
| Facebook | Bilibili | Pinterest |
| Twitter | Vimeo | |
| Tiktok | Soundcloud | |

See all supported sites

Instag respects your privacy completely. No files are ever stored on our end — every download streams directly to your browser through a secure, real-time connection.

★★★★★ 5.0
1 review

Get download tips & updates

Enter your email          Sign Up Free

API   Privacy Policy   Terms of Service   Contact Us   🦋 Follow us on BlueSky

© 2026 Instag LLC | Made by nadermx

**Instag.com**                    Supported sites    API    Pricing    Login    Sign Up

Instag  ›  Instagram  ›  Instagram Profile Viewer - Easily Browse Profiles Anonymously

Grab your .com before someone else does — Domains from $9.99/yr at VPS.org

# Instagram Profile Viewer - Easily Browse Profiles Anonymously

Browse Instagram profiles and content anonymously *

| Drop your Instagram link right here and we will handle the rest | Paste | Save Now |

\* With Instag, you can browse Instagram profiles, stories, and content anonymously — no account needed. It's private, discreet, and super simple.

## Here's how to view Instagram profiles anonymously

Browsing Instagram profiles anonymously with Instag is simple and completely private. Here's what to do:

instag.com/https://www.example.com/path/to/media

Or If it is a Instagram URL, you can modify any Instagram URL as shown below. Delete **RAM** from the URL and press enter.

https://www.inst**ram**.com/p/...

https://www.instag.com/p/...

View profiles anonymously in a few easy steps:

### 1. Pop in the username or URL

Just type the Instagram username or profile URL you'd like to view into the search field.

### 2. Explore profiles and content

Browse all available profiles, stories, and content — no need to log in to Instagram at all.

### 3. You're completely anonymous

Browse with total peace of mind — the profile owner will never know you stopped by.

## Your Questions Answered: Saving Instagram Videos, Photos & Audio with Instag

Can I really view profiles without a Instagram account?    ⌃

Absolutely! Instag lets you browse Instagram profiles and stories without logging in or even having an account.

Will the person know I looked at their profile?    ⌄

Can I view private profiles with this?    ⌄

Is the profile viewer really free?    ⌄

5. Can I download profile content?    ⌄

Document title: Instagram Profile Viewer - Easily Browse Profiles Anonymously – Instag
Capture URL: https://instag.com/instagram-profile-viewer-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:09:12 GMT

Page 1 of 2

Case 3:25-cv-02176-KAD     Document 18-3     Filed 04/27/26     Page 17 of 17



Can I view private profiles with this?                                          ⌄

Is the profile viewer really free?                                              ⌄

5. Can I download profile content?                                              ⌄

6. Does it work on mobile?                                                      ⌄

7. Are there viewing limits?                                                    ⌄

8. Can I see post engagement stats?                                            ⌄

9. What if a profile shows as unavailable?                                      ⌄

10. Can I view stories or highlights?                                           ⌄

11. Does the user get notified?                                                 ⌄

12. Is my viewing history saved?                                                ⌄

## Start Downloading Videos Online

Instagram Video Saver     Instagram Audio Saver     Instagram MP4 Saver     Instagram MP3 Saver

Instagram Photo Saver     Instagram Reels Downloader     Instagram Profile Viewer

## Supported sites

| Instagram | Reddit | Linkedin |
| Facebook | Bilibili | Pinterest |
| Twitter | Vimeo | |
| Tiktok | Soundcloud | |

See all supported sites

Instag respects your privacy completely. No files are ever stored on our end — every download streams directly to your browser through a secure, real-time connection.

★ ★ ★ ★ ★ **3.0**
2 reviews

**Get download tips & updates**

Enter your email        Sign Up Free

API   Privacy Policy   Terms of Service   Contact Us   🦋 Follow us on BlueSky

© 2026 Instag LLC | Made by nadermx

---

Document title: Instagram Profile Viewer - Easily Browse Profiles Anonymously – Instag
Capture URL: https://instag.com/instagram-profile-viewer-downloader/?lang=en
Capture timestamp (UTC): Fri, 24 Apr 2026 23:09:12 GMT